IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS R. BERGBIGLER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | )  2:05-cv-957 |
| BUTLER COUNTY PRISON, BUTLER | ) |
| COUNTY PRISON MEDICARE STAFF | ) |
| COOP DOCTOR, SGT. JOHN HOGAN, | ) |
| CAPT. DAVE WILLIAMS, WARDEN | ) |
| GIGLIOTTI, and DR. SIMMON | ) |
| WILCOX, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 12th day of July, 2006, upon review of Plaintiff's Objection to Appointment of a Magistrate Judge (*Document No. 55*), and in view of the fact that the Magistrates Act authorizes district courts to appoint magistrate judges to consider pretrial matters without regard to the parties' consent, and it further appearing that Plaintiff has failed to even allege, much less demonstrate the extraordinary circumstances which would require that the reference to United States Magistrate Judge Amy Reynolds Hay be vacated,

NOW THEREFORE, Plaintiff's Objection is **OVERRULED**.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: THOMAS R. BERGBIGLER, JR.
　　　GD-7259
　　　SCI Huntingdon
　　　1100 Pike Street
　　　Huntingdon, PA 16654-1112

　　　John R. Ninosky, Esquire
　　　Email: jrn@jdsw.com

　　　Suzanne B. Merrick
　　　Email: smerrick@tthlaw.com